opinion filed February 10, 1942; re-hearing denied February 25, 1942. Blake C. Smith, for appellant; Winston, Strawn & Shaw, for appellees; Douglas C. Moir, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''

Goldie Buehler, Appellee, v. Albert C. Buehler, Appellant.

Gen. No. 41,708.

opinion filed February 10, 1942. Vernon R. Loucks and Adelor. J. Petit, Jr., for appellant; Jacob G. Grossberg and Harry May, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''

Goldie Buehler, Appellee, v. Albert C. Buehler, Appellant.

Gen. No. 41,709.

266 

 █ ██ opinion filed February 10, 1942. Vernon R. Loucks and Adelor J. Petit, Jr., for appellant; Jacob G. Grossberg and Harry May, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''

## Bessie Simon, Appellant, v. Paula Balasic and Alfred Balasic, Appellees.

### Gen. No. 41,847. 

 █ ██ opinion filed February 10, 1942. Jacob Levy, for appellant; Edward McTiernan, of counsel; Max M. & Samuel Grossman, for appellee; Sid Mogul, of counsel. Opinion by JUSTICE SULLIVAN. ''Not to be published in full.''

## Louise M. Ziebell, Appellee, v. Town of Bremen, Appellant.

### Gen. No. 41,958. 

██ █ █ opinion filed February 10, 1942. Arthur H. Grosskopf, for appellant; Francis A. Harper, for appellee. Opinion by JUSTICE SULLIVAN. ''Not to be published in full.''